In the Matter of the Claim of FRANCES SCHUTTE, Respondent, v. JACOB FOX and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award

* Affd., 254 N. Y. ——.

unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of OWEN DUFFY, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.